UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHARLES JAMES WILLIAMS,<br><br>                 Plaintiff,<br><br>    v.<br><br>LUKE LARSON, *et al.*,<br><br>                 Defendants. | CASE NO. 2:25-cv-00599-RSL-GJL<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation ("R&R") of Magistrate Judge Grady J. Leupold (Dkt. # 5) and the remaining record, does hereby find and ORDER:

(1)    The Court ADOPTS the R&R.

(2)    This case is DISMISSED without prejudice under 28 U.S.C. § 1915.

(3)    Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Dkt. # 1) is DENIED as moot.

(3)    The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Grady J. Leupold.

**DATED** this 15th day of July, 2025.

*[signature: Robert S. Lasnik]*
Robert S. Lasnik
United States District Judge