UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHARLES JAMES WILLIAMS,<br><br>    Plaintiff,<br><br> v.<br><br>LUKE LARSON, *et al.*,<br><br>    Defendants. | CASE NO. 2:25-cv-00599-RSL-GJL<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation ("R&R") of Magistrate Judge Grady J. Leupold, objections to the R&R, if any, and the remaining record, does hereby find and ORDER:

(1) The Court ADOPTS the R&R.

(2) This case is DISMISSED under 28 U.S.C. § 1915 for failure to state a claim.

(3) The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Grady J. Leupold.

**DATED** this 17th day of October, 2025.

            *Robert S. Lasnik* (signature)
            Robert S. Lasnik
            United States District Judge